UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. OKUOWGEE,<br><br>        Defendant. | Case No. 1:22-cv-00714-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH A COURT ORDER AND TO PROSECUTE THIS CASE<br><br>(ECF No. 13)<br><br>Clerk of Court to close the case. |

    Plaintiff Marvin Harris is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 16, 2022, the assigned magistrate judge issued findings and recommendations to dismiss this case without prejudice for Plaintiff's failure to comply with a court order and to prosecute this case. (ECF No. 13). In particular, Plaintiff failed to pay the filing fee for this action as Ordered. (*Id.*) The Court advised Plaintiff that he could file written objections to the findings and recommendations within fourteen days. (*Id.*) Plaintiff has filed no objections, and the time to do so has passed.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court HEREBY ORDERS:

1. The findings and recommendations issued on November 16, 2022, (ECF No. 13), are adopted in full;
2. This action is dismissed without prejudice for failure to comply with a court order and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 8, 2022

UNITED STATES DISTRICT JUDGE